ACCEPTED
15-25-00122-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
9/22/2025 5:58 PM
CHRISTOPHER A. PRINE
CLERK

No. 15-25-00122-CV

IN THE COURT OF APPEALS
FOR THE FIFTEENTH JUDICIAL DISTRICT
AUSTIN, TEXAS

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
9/22/2025 5:58:44 PM
CHRISTOPHER A. PRINE
Clerk

STATE OF TEXAS, AND MAXX JUUSOLA, TRACY MARTIN, AND ALAN CRIDER, *Appellants*,

*v.*

CITY OF DALLAS, KIMBERLY BIZOR TOLBERT, IN HER OFFICIAL CAPACITY AS THE INTERIM CITY MANAGER FOR THE CITY OF DALLAS, AND THE STATE FAIR OF TEXAS, *Appellees.*

On Appeal from the
298th Judicial District Court, Dallas County

## APPELLANT STATE OF TEXAS'S FIRST UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE BRIEF

**TO THE HONORABLE FIFTEENTH COURT OF APPEALS:**

Appellant, State of Texas ("State") by and through Ken Paxton, Attorney General of Texas (Appellant), respectfully requests an extension of time to Friday, October 23, 2025, in which to file its brief in the captioned appeal. In support, the State would show the Court as follows:

1. Appellant's brief is currently due on September 25, 2025. Appellant requests an extension of twenty-eight days. No previous extensions have been requested or granted.

2. Counsel for Appellant is in need of an extension due to emergent matters that arose in other cases which required a majority of his time before September 25, 2025.

3. This motion is not interposed for the purpose of delay, but only to allow counsel for the State to adequately prepare and file its brief.

4. Counsel for each Appellee has stated they do not oppose this request.

Appellant State of Texas therefore respectfully requests an extension of time to and including Friday, October 23, 2025, in which to file and serve its brief in the captioned appeal.

DATED: September 22, 2025.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

AUSTIN KINGHORN
Deputy Attorney General for Civil Litigation

ERNEST C. GARCIA
Chief, Administrative Law Division

*/s/ Canon Parker Hill*
CANON PARKER HILL
Assistant Attorney General
State Bar No. 24140247
OFFICE OF THE ATTORNEY GENERAL OF TEXAS
Administrative Law Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Telephone: (512) 936-1838
Facsimile: (512) 320-0167
Canon.hill@oag.texas.gov

**Counsel for Appellant,
State of Texas**

3

## CERTIFICATE OF CONFERENCE

I hereby certify that I contacted counsel Jeffery Tillotson for Appellee City of Dallas and Kimberly Tolbert in her official capacity as interim city manager, and counsel Jim Harris for Appellee State Fair of Texas, and that both counsels stated they are unopposed to the extension requested in this Motion.

*/s/ Canon Parker Hill*
CANON PARKER HILL
Assistant Attorney General

## CERTIFICATE OF SERVICE

I hereby certify that, in compliance with Rule 9.5 of the Texas Rules of Appellate Procedure, a true and correct copy of the above and foregoing document has been served on the following on this the 4th day of November 2021:

Jeffrey Tillotson             via e-service to:     jtillotson@tillotsonlaw.com
Tillotson, Johnson & Patton
1201 Main Street, Suite 1300
Dallas, Texas 75202
**Counsel for City of Dallas and
Kimberly Tolbert**

Bryan Neal                via e-service to:     bryan.neal@hklaw.com
Holland & Knight
One Arts Plaza
1722 Routh Street, Suite 1500
Dallas, Texas 75201-2532
**Counsel for State Fair of Texas**

Tony K. McDonald       via e-service to:     Tony@tonymcdonald.com
State Bar No. 24083477
Connor Ellington         via e-service to:     connor@tonymcdonald.com
State Bar No. 24128592
The Law Offices of Tony McDonald
1308 Ranchers Legacy Trail
Fort Worth, TX 76126
**Counsel for Individual Plaintiffs**

                                     */s/ Canon Parker Hill*
                                       CANON PARKER HILL
                                       Assistant Attorney General

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Catherine Hughes on behalf of Canon Hill
Bar No. 24140247
catherine.hughes@oag.texas.gov
Envelope ID: 105930940
Filing Code Description: Motion
Filing Description: Motion for Extension
Status as of 9/23/2025 7:13 AM CST

Associated Case Party: City of Dallas

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Joseph AIrrobali | | airrobali@tillotsonlaw.com | 9/22/2025 5:58:44 PM | SENT |
| Nathaniel Buchheit | | nbuchheit@tillotsonlaw.com | 9/22/2025 5:58:44 PM | SENT |
| Megan Coker | | mcoker@tillotsonlaw.com | 9/22/2025 5:58:44 PM | SENT |
| Anne Johnson | | ajohnson@tillotsonlaw.com | 9/22/2025 5:58:44 PM | SENT |
| Jeffrey Tillotson | 20039200 | jtillotson@tillotsonlaw.com | 9/22/2025 5:58:44 PM | SENT |

Associated Case Party: State Fair of Texas

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| James Harris | 9065400 | jim.harris@hklaw.com | 9/22/2025 5:58:44 PM | SENT |
| Sherri Rodgers | | sherri.rodgers@hklaw.com | 9/22/2025 5:58:44 PM | SENT |
| Bryan Neal | 788106 | Bryan.Neal@hklaw.com | 9/22/2025 5:58:44 PM | SENT |
| Robert  B.Smith | | Robert@Smith-Firm.com | 9/22/2025 5:58:44 PM | SENT |

Associated Case Party: State of Texas

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Melissa Juarez | | melissa.juarez@oag.texas.gov | 9/22/2025 5:58:44 PM | SENT |
| Meridith Fischer | | Meridith.Fischer@oag.texas.gov | 9/22/2025 5:58:44 PM | SENT |
| Ernest Garcia | | ernest.garcia@oag.texas.gov | 9/22/2025 5:58:44 PM | SENT |
| Catherine Hughes | | catherine.hughes@oag.texas.gov | 9/22/2025 5:58:44 PM | SENT |
| Canon ParkerHill | | canon.hill@oag.texas.gov | 9/22/2025 5:58:44 PM | SENT |
| Steven Ogle | | Steven.Ogle@oag.texas.gov | 9/22/2025 5:58:44 PM | SENT |

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Catherine Hughes on behalf of Canon Hill
Bar No. 24140247
catherine.hughes@oag.texas.gov
Envelope ID: 105930940
Filing Code Description: Motion
Filing Description: Motion for Extension
Status as of 9/23/2025 7:13 AM CST

Associated Case Party: State of Texas

| | | | | |
|---|---|---|---|---|
| Steven Ogle | | Steven.Ogle@oag.texas.gov | 9/22/2025 5:58:44 PM | SENT |
| Holly Dudrick | | holly.dudrick@oag.texas.gov | 9/22/2025 5:58:44 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Kira Lytle | | klytle@tillotsonlaw.com | 9/22/2025 5:58:44 PM | SENT |
| TJP Service | | tillotsonjohnsonpatton@gmail.com | 9/22/2025 5:58:44 PM | SENT |
| William Cole | | William.Cole@oag.texas.gov | 9/22/2025 5:58:44 PM | SENT |
| William Peterson | | William.Peterson@oag.texas.gov | 9/22/2025 5:58:44 PM | SENT |
| Bryan Neal | | bryan.neal@hklaw.com | 9/22/2025 5:58:44 PM | SENT |
| Tony McDonald | | Tony@tonymcdonald.com | 9/22/2025 5:58:44 PM | SENT |
| Devlin Browne | | dbrowne@tillotsonlaw.com | 9/22/2025 5:58:44 PM | SENT |

Associated Case Party: AlanCrider

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Connor Ellington | | connor@tonymcdonald.com | 9/22/2025 5:58:44 PM | SENT |

Associated Case Party: MaxxJuusola

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Connor Ellington | | connor@tonymcdonald.com | 9/22/2025 5:58:44 PM | SENT |

Associated Case Party: TracyMartin

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Catherine Hughes on behalf of Canon Hill
Bar No. 24140247
catherine.hughes@oag.texas.gov
Envelope ID: 105930940
Filing Code Description: Motion
Filing Description: Motion for Extension
Status as of 9/23/2025 7:13 AM CST

Associated Case Party: TracyMartin

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Connor Ellington | | connor@tonymcdonald.com | 9/22/2025 5:58:44 PM | SENT |